**GREAT AMERICAN BANK,**
**Respondent,**

v.

**RAVEILL INVESTMENTS,**
**LLC, et al., Appellants.**

**WD 77871**

Missouri Court of Appeals,
Western District.

ORDER FILED: August 18, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied
September 29, 2015

Application for Transfer Denied
December 22, 2015

John Duggan, Overland Park, KS, Counsel for Appellants.

Robert Bjerg, Overland Park, KS, Co–Counsel for Appellants.

Charles Stinson, Overland Park, KS, Co–Counsel for Appellants.

Shane Mecham, Kansas City, MO, Counsel for Respondents, Great Am. Bank, Lone Summit Bank and Lone Summit Bancorp.

Michael Tamburini, Kansas City, MO, Co–Counsel, for Respondents, Great Am. Bank, Lone Summit Bank, and Lone Summit Bancorp.

Elizabeth Burke, Kansas City, MO, Counsel for Respondents, Keller and Leeper.

Nicholas Porto, Kansas City, MO, Counsel for Respondents, Donald and Michelle

---

Adamson, and Auto Tow and Recovery, LLC.

Before Division Two, Thomas H. Newton, P.J., Victor C. Howard, and Mark D. Pfeiffer, JJ.

### ORDER

Per Curiam:

Raveill Investments, L.L.C., Mr. Timothy and Mrs. Lori Raveill, and Mr. William and Mrs. Lola Putthoff appeal the summary judgments in favor of Great American Bank and Messrs. Joseph Keller and Gary Leeper.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).